COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| LAVERT LAMONT HAWKINS, | § | No. 08-20-00004-CR |
| Appellant, | § | Appeal from the |
| v. | § | 106th District Court |
| THE STATE OF TEXAS, | § | of Dawson County, Texas[1] |
| Appellee. | § | (TC# 17-7785) |
| | § | |

## MEMORANDUM OPINION

This is an appeal from a judgment revoking community supervision. Lavert Lamont Hawkins pleaded guilty to one count of assault (family violence) in 2017 and was sentenced to ten years' of community supervision. On November 20, 2019, the trial court issued an order revoking community supervision based on several violations, including the use of alcohol and methamphetamines and sentencing Hawkins to ten years' in prison. We affirm.

### Frivolous Appeal

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v.*

---

[1] We hear this case on transfer from the Eleventh Court of Appeals. *See* TEX.R.APP.P. 41.3

*California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See In re Schulman*, 252 S.W.3d 403, 406 n.9 (Tex.Crim.App. 2008)("In Texas, an *Anders* brief need not specifically advance 'arguable' points of error if counsel finds none, but it must provide record references to the facts and procedural history and set out pertinent legal authorities."); *High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978). Counsel has notified the Court in writing that he has delivered a copy of counsel's brief and the motion to withdraw to Appellant, and he has advised Appellant of his right to review the record, file a *pro se* brief, and to seek discretionary review. *Kelly v. State*, 436 S.W.3d 313, 318-20 (Tex.Crim.App. 2014)(setting forth duties of counsel). Counsel also provided Appellant with a copy of the appellate record in compliance with *Kelly*. Appellant has not filed a pro se brief.

After carefully reviewing the record and counsel's brief, we conclude that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. The judgment of the trial court is affirmed.


August 26, 2020

                              YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)


2